Abraham PHILLIPS, respondent, v. Lena PHILLIPS, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

S. Hermenia PIERCE, respt., v. WESTERN NEW YORK & PA. TRACTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal within 10 days and pay to respondent's attorney $10.

In the Matter of Mary F. PLACE, dec'd. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Daniel E. POMEROY et al., Respts., v. The HOCKING VALLEY RAILWAY CO., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Appeal from Special Term, New York County. Action by Daniel E. Pomeroy and others against the Hocking Valley Railway Company. From an order denying motion to vacate service of summons and complaint, defendant appeals. Affirmed.

PER CURIAM. Within the rule laid down in Washington-Virginia R. Co. v. Real Estate Trust Co., 238 U. S. 185, 35 Sup. Ct. 818, 59 L. Ed. 1262, this company was doing business within the state of New York for the purpose of service within that state. The order is therefore affirmed, with $10 costs and disbursements.

Clarke, P. J., and Davis, J., dissenting, on the authority of Bagdon v. Philadelphia & Reading Coal & Iron Co. (Court of Appeals, March 14, 1916), 111 N. E. 1075.

Daniel E. POMEROY et al. v. HOCKING VALLEY RAILWAY CO. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion granted; questions certified. Order filed.

Max POSNER, Respt., v. KURZROK BROS. CO., Applt. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Max POSNER v. KURZROK BROS. CO. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied, with $10 costs. Order filed.

Patrick A. POWERS, Respt., v. The CRYSTAL FILM CO., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

Louis POWLOWSKI, an infant, etc., respt., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed briefs by March 10th.

Louis POWLOWSKI, an infant, etc., respt., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment and order affirmed with costs. All concur.

John H. PRATHER, respt., v. Michael BARRETT, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Order reversed, with costs, and motion denied, with costs. Held, that the plaintiff did not make out a case to authorize the granting of a new trial on the ground of newly discovered evidence in that he failed to show that he exercised due diligence in producing the testimony which he now claims is material. All concur; Kruse, P. J., in result only.

Carol PRENDERGAST, appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, with $10 costs.

In the matter of the application of the City of New York, relative to acquiring title, etc., for the opening and extending of a PUBLIC PARK AT CONEY ISLAND, etc. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion granted. Jenks, P. J., not voting.

In the matter of the application of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, for the appointment of three commissioners, etc. Bushwick Station, East New York Route (Route No. 59). (Supreme Court, Appellate Division, Second Department. April 25, 1916.) There was no opposition to this motion. Motion granted.

In the matter of Robert M. S. PUTNAM. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Proceeding dismissed. Settle order on notice.

Charles A. J. QUECK–BERNER, appellant, v. WARD BAKING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, with $10 costs.

QUEEN CITY BRICK CO., respt., v. Max L. LEVINE et al., applts. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted, unless appellants file and serve printed record by March 20th.

QUEENS VILLA CONSTRUCTION COMPANY, appellant, v. Stella C. SHIELDS, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judg-